UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | ) | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DAWN ELLEN SHRUM, | ) | CASE NO. 17-06895 |
| | ) | |
| DEBTOR. | ) | JUDGE HARRISON |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, a copy of: (i) the Order Setting Bar Date for Filing Proofs of Claim [Dkt Entry No. 88], (ii) the Notice of Deadline of Filing Proof of Claim, (iii) the Disclosure Statement in Support of the Debtor's Plan of Reorganization [Dkt Entry No. 81], (iv) the Debtor's Plan of Reorganization [Dkt Entry No. 82], and (v) the Order and Notice Scheduling Hearing on Disclosure Statement in Support of Debtor's Plan of Reorganization [Dkt Entry No. 84] were mailed first class, postage prepaid, to the attached mailing matrix.

Respectfully submitted,

MANIER & HEROD, P.C.

/s/ Robert W. Miller
Michael E. Collins (BPR No. 16036)
Robert W. Miller (BPR No. 31918)
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Tel: (615) 244-0030
Fax: (615) 242-4203
mcollins@manierherod.com
rmiller@manierherod.com

Counsel for the Debtor