UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DAWN ELLEN SHRUM, | ) | CASE NO. 17-06895 |
| | ) | |
| DEBTOR. | ) | JUDGE HARRISON |
| | ) | |

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT IN SUPPORT OF DEBTOR'S AMENDED PLAN OF REORGANIZATION AND SETTING HEARING ON CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION**

Upon the filing of the Amended Disclosure Statement in Support of the Debtor's Amended Plan of Reorganization (the "Disclosure Statement") and the Debtor's Amended Plan of Reorganization (the "Plan") on July 6, 2018; and no objections to the adequacy of the Disclosure Statement having been filed; and a hearing on the adequacy of the Disclosure Statement having

1

July 10, 2018

been held on ~~August 1, 2017~~, with appearances by Robert W. Miller as counsel for the Debtor and Natalie Cox as counsel for the United States Trustee; and the Court finding that the Disclosure Statement provides adequate information as required under 11 U.S.C. § 1125; it is therefore

ORDERED that the Disclosure Statement is hereby approved; and it is further

ORDERED that counsel for the Debtor is authorized to serve the Plan and the Disclosure Statement on all creditors and equity holders in the case and to solicit votes by ballot; and it is further

ORDERED that a copy of the Plan and Disclosure Statement, a copy of this Order, and a notice of hearing on confirmation of the Plan, along with ballots for accepting or rejecting the Plan, shall be served by U.S. Mail, postage pre-paid, on all creditors and equity security holders no later than __3 days after entry of this order__ ~~2018~~; and it is further

ORDERED that all ballots indicating acceptance or rejection of the Plan must be received by counsel for the Debtor no later than 5:00 p.m. on __August 13__, 2018; and it is further

ORDERED that objections, if any, to confirmation of the Plan and any amendments thereto must be filed with the United States Bankruptcy Court for the Middle District of Tennessee through the ECF system and served on the counsel for the Debtor no later than __August 13__, 2018; and it is further

ORDERED that a hearing to consider confirmation of the Plan and any amendments thereto will be held at __September 4__, 2018 at 9:00 AM in Courtroom 3, Customs House, 701 Broadway, Nashville, TN.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry:

MANIER & HEROD, P.C.

/s/ Robert W. Miller
Michael E. Collins (BPR No. 16036)
Robert W. Miller (BPR No. 31918)
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Tel: 615-244-0030
Fax: 615-242-4203
rmiller@manierherod.com

Counsel for the Debtor

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:17-bk-06895    Doc 100    Filed 07/12/18    Entered 07/12/18 11:25:18    Desc Main Document    Page 3 of 3