Marian F. Harrison
US Bankruptcy Judge

Dated: 9/6/2018

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DAWN ELLEN SHRUM, | ) | CASE NO. 17-06895 |
| | ) | |
| DEBTOR. | ) | JUDGE HARRISON |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO SET STATUS HEARING ON CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION**

Upon the Debtor's Motion to Set Status Hearing on Confirmation of Debtor's Amended Plan of Reorganization (the "Motion"), and it appearing to the Court that said Motion should be granted;

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that the confirmation hearing for Debtor's Amended Plan of Reorganization scheduled for September 4, 2018, at 9 a.m. is cancelled; and

1343901

1

Case 3:17-bk-06895    Doc 110    Filed 09/07/18    Entered 09/07/18 13:03:13    Desc Main
Document      Page 1 of 3

**IT IS FURTHER ORDERED** that a status hearing on confirmation of the Debtor's Amended Plan of Reorganization is set for September 25, 2018, at 9 a.m. (the "Status Hearing"), Courtroom 3, 2nd Floor Customs House, 701 Broadway, Nashville, TN.

**IT IS FURTHER ORDERED** that the Debtor shall within two business days of the entry of this Order serve notice of this Order on all creditors entitled to notice under the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

**IT IS SO ORDERED**.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry By:

MANIER & HEROD, P.C.


/s/ Robert W. Miller
Michael E. Collins (BPR No. 16036)
Robert W. Miller (BPR No. 31918)
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Tel: (615)244-0030
Fax: (615)242-4203
mcollins@manierherod.com
rmiller@manierherod.com

Counsel for the Debtor

3

1343901

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:17-bk-06895    Doc 110    Filed 09/07/18    Entered 09/07/18 13:03:13    Desc Main
Document      Page 3 of 3