Marian F. Harrison
US Bankruptcy Judge

Dated: 10/9/2018

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| DAWN ELLEN SHRUM, | ) | CASE NO. 17-06895 |
| | ) | |
| DEBTOR. | ) | JUDGE HARRISON |
| | ) | |

**AGREED ORDER SETTING (I) BRIEFING SCHEDULE AND (II) HEARING ON CONFIRMATION OF DEBTOR'S AMENDED PLAN OF REORGANIZATION**

Upon the Debtor's Amended Plan of Reorganization (the "Plan") and the agreement between the Debtor and Bank of New York Mellon fka the Bank of New York, as Trustee for the Certificate Holders of Thecwalt, Inc., Alternative Loan Trust 2006-OC10, Mortgage Pass-Through, Series 2006-OC10 ("BONY"), the only party that filed a timely objection to the Plan, regarding the hearing on confirmation of the Plan:

IT IS HEREBY ORDERED THAT:

1

1354477.1

1. A hearing regarding the legal issue of whether the Debtor can modify BONY's deed of trust secured on the Debtor's principal residence (the "Initial Legal Issue") shall be conducted at the United States Bankruptcy Court Middle District of Tennessee, Courtroom Three, 701 Broadway, Nashville, TN 37203 on November 20, 2018, at 9 a.m. central time.

2. An initial brief by the Debtor concerning the Initial Legal Issue shall be filed on or before October 29, 2018.

3. A response brief by BONY concerning the Initial Legal Issue shall be filed on or before November 13, 2018.

4. A reply brief by the Debtor concerning the Initial Legal Issue shall be filed on or before November 19, 2018.

5. All other legal or factual issues in dispute between BONY and the Debtor are reserved.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Submitted for Entry By:

MANIER & HEROD, P.C.

/s/ Robert W. Miller
Michael E. Collins (BPR No. 16036)
Robert W. Miller (BPR No. 31918)
1201 Demonbreun Street, Suite 900
Nashville, TN 37203
Tel: (615)244-0030
Fax: (615)242-4203
mcollins@manierherod.com
rmiller@manierherod.com

*Counsel for the Debtor*

and

RUBIN LUBLIN TN, PLLC

/s/ Bret J. Chaness
Bret J. Chaness (BPR No. 31643)
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
Tel: (678) 281-2730
Fax: (404) 921-9016
bchaness@rubinlublin.com

*Counsel for Bank of New York Mellon fka*
*the Bank of New York, as Trustee for the*
*Certificate Holders of Thecwalt, Inc.,*
*Alternative Loan Trust 2006-OC10,*
*Mortgage Pass-Through, Series 2006-OC10*

3

1354477.1

This Order has been electronically
signed. The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.

Case 3:17-bk-06895    Doc 117    Filed 10/10/18    Entered 10/10/18 09:50:16    Desc Main
Document      Page 3 of 3